**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| RONNELL VALERY | CIVIL ACTION NO. 18-0953-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CALVIN JOHNSON | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2241 petition is **DISMISSED** for lack of jurisdiction, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Petitioner's claim.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19th day of October, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT